# CHAPTER 13 PLAN
## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

Debtor: Edward L. Adams, Jr.          SSN: xxx-xx- 4356          CASE NO:_____
Joint Debtor: Joan M. Adams           SSN: xxx-xx- 8771    Median Income: ☐Above  xx Below
Address: 64 Lang Dr.
         Picayune, MS 39466

**THIS PLAN DOES NOT ALLOW CLAIMS.  Creditors must file a proof of claim to be paid under any plan that may be confirmed.  <u>The treatment of ALL secured and priority debts must be provided for in this plan.</u>**

**PAYMENT AND LENGTH OF PLAN**
The plan period shall be for a period of **60** months, not to be less than 36 months for below median income debtor(s), or less than 60 months for above median income debtor(s).

(A)     Debtor shall pay $ **1,787.00**    (xx monthly, ☐semi-monthly, ☐weekly, or ☐bi-weekly) to the chapter 13 trustee.  Unless otherwise ordered by the Court, an Order directing payment shall be issued to Debtor's employer at the following address:
        **DIRECT -TFS**

(B)     Joint Debtor shall pay $_____ (☐monthly, ☐semi-monthly, ☐weekly, or ☐bi-weekly) to the chapter 13 trustee.  Unless otherwise ordered by the Court, an Order directing payment shall be issued to Debtor's employer at the following address:

**PRIORITY CREDITORS.**
Filed claims which are not disallowed are to be paid in full or as ordered by the Court as follows:
Internal Revenue Service:       $_____ at $_____/month
MS Dept. of Revenue:            $ **849.00**     at $**14.00**    /month
Other/_____           $_____ at $_____/month

**DOMESTIC SUPPORT OBLIGATION.** DUE TO: _____

POST PETITION OBLIGATION: In the amount of $_____ per month beginning _____
To be paid ☐direct, ☐through payroll deduction, or ☐through the plan.

PRE-PETITION ARREARAGE: In the amount of $_____ through _____ which shall
Be paid in the amount of $_____ per month beginning _____.
To be paid ☐direct, ☐through payroll deduction, or ☐through the plan.


Debtor's Initials _____     Joint Debtor's Initials _____     Chapter 13 Plan, Page ____ of ____

**HOME MORTGAGES.**  All claims secured by real property which are to be paid through the plan shall be schedules below.  Absent an objection by a party in interest, the plan will be amended consistent with the proof of claim filed herein, subject to the start date for the continuing monthly mortgage payment proposed herein.

Mtg pmts to **Vanderbilt Mort**   Beginning May, 2016     @ $ 538.00    xx Plan □ Direct
Mtg pmts to _____   Beginning _____   @ $_____  □ Plan □ Direct
Mtg pmts to _____   Beginning _____   @ $_____  □ Plan □ Direct

Mtg arrears to **Vanderbilt Mortgage** through April, 2016  $ 3,000.00     @ $ 50.00    /mo
Mtg arrears to _____  through _____ $_____ @ $_____/mo
Mtg arrears to _____  through _____ $_____ @ $_____/mo

**MORTGAGE CLAIMS TO BE PAID IN FULL OVER PLAN TERM:**

Creditor: _____   Approx. amt. due:_____  Int. Rate:_____
Property Address:_____ Are related taxes and/or insurance escrowed □Yes No

Creditor: _____   Approx. amt. due:_____  Int. Rate:_____
Property Address:_____  Are related taxes and/or insurance escrowed □Yes □ No

**NON-MORTGAGE SECURED CLAIMS.** Creditors that have filed claims that are not disallowed are to retain lien(s) pursuant to 11 U.S.C. § 1325(a)(5)(B)(I) until the payment of the debt determined as under non-bankruptcy law or discharge.  Such creditors shall be paid as secured claimants the sum set out below or pursuant to other order of the Court.  The portion of the claim not paid as secured shall be treated as a general unsecured claim.

| CREDITOR'S NAME | COLLATERAL | 910* CLM | APPROX. AMT. OWED | VALUE | INT. RATE | PAY VALUE AMT. OWED |
|---|---|---|---|---|---|---|
| Ford Motor | 11 Ford | yes | 15,795.00 | 7,512.00 | 5% | Pay Value |
| Ford Motor | 11Ford F150 | yes | 25,706.00 | 16,253.00 | 5% | Pay Value |
| Capital One | 06 Honda | yes | 2,784.00 | 2,403.00 | 5% | Pay Value |
| Wells Fargo | 11 Toyota | yes | 9,799.00 | 5,000.00 | 5% | Pay Value |

*The column for "910 Clm" applies to both motor vehicles and "any other thing of value" as used in the "hanging paragraph of 11 U.S.C. § 1325

**SPECIAL CLAIMANTS** including, but not limited to, co-signed debts, abandonment of collateral, direct payments by Debtor, etc.  For all abandoned collateral Debtor will pay $0.00 on the second portion of the debt. Where the proposal is for payment, creditor must file a proof of claim to receive proposed payment.

| CREDITOR'S NAME | COLLATERAL | APPROX. AMT. OWED | PROPOSED TREATMENT |
|---|---|---|---|
| Yamaha | ATV | 8,642.00 | Surrender to Co- Debtor |
| 1st Franklin | HHG | 1,389.00 | Surrender property treat as unsecured |
| 1st Heritage Credit | HHG | 3,739.00 | Surrender property treat as unsecured |
| Advantage Financial | HHG | 769.00 | Surrender property treat as unsecured |
| Harrison Finance | HHG | 1,458.00 | Surrender property treat as unsecured |
| Republic Finance | HHG | 5,352.00 | Surrender property treat as unsecured |

Debtor's Initials _____   Joint Debtor's Initials _____   Chapter 13 Plan, Page _____ of _____

**STUDENT LOANS** which are not subject to discharge pursuant to 11 U.S.C. § 523(a)(8) and 1328(c) are as follows (such debts shall not be included in the general unsecured total)
<u>CREDITOR'S NAME APPROX AMT OWED CONTRACTUAL MO PMT PROPOSED TREATMENT</u>

**SPECIAL PROVISIONS** which may apply to any or all payments to be paid through the plan, including, but not limited to, adequate protection payments:

**GENERAL UNSECURED CLAIMS** total approximately $ <u>26,424.00</u>   . Such claims must be *timely filed* and not disallowed to receive payment as follows: _____IN FULL (100%), <u>  8 </u>% (percent) MINIMUM, or a total distribution of $_____, with the Trustee to determine the percentage distribution. *Those general unsecured claims not timely filed shall be paid nothing, absent order of the Court.*

Total attorney fee charged:        $ <u>3,200.00</u>
Attorney fee previously paid:     $ <u>1,690.00</u>
Attorney fee to be paid in plan:  $ <u>1,510.00</u>

The payment of administrative costs and aforementioned attorney fees are paid pursuant to Court order and/or local rules.

Automobile Insurance Co/Agent          Attorney for Debtor (name/address/phone/email)
                                        <u>Jason Graeber</u>
                                        <u>2462 Pass Rd.</u>
                                        <u>Biloxi, MS  39531</u>

Telephone/Fax:_____              Telephone No: <u>228-207-7117</u>
                                        Facsimile No: <u>228-207-8634</u>
                                        Email address: <u>jason@jasongraeberlaw.com</u>

DATED: <u>4/29/2016</u>     DEBTOR'S SIGNATURE <u>/s/Edward L. Adams, Jr.</u>
                             JOINT DEBTOR'S SIGNATURE <u>/s/Joan M. Adams</u>
                             ATTORNEY'S SIGNATURE <u>/s/Jason Graeber</u>

Debtor's Initials _____     Joint Debtor's Initials _____     Chapter 13 Plan, Page ____ of ____